UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADIDAS AMERICA, INC., ADIDAS-SALOMON AG, ADIDAS INTERNATIONAL MARKETING BV, AND NIKE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FRED'S, INC., R. CLINE CO., INC. and RAY R. CLINE, <br><br> Defendants. | Case No. 3:06 0036 <br><br> Judge Echols <br> Magistrate Judge Knowles |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between counsel of record for plaintiffs and defendants, with the parties having entered into a settlement agreement dated September 7, 2006 (the "Settlement Agreement"), that the claims of plaintiffs against the defendants be dismissed with prejudice, pursuant to Federal Rules of Civil Procedure §41(a)(1), without an award of costs or disbursements to any party.

IT IS FURTHER STIPULATED AND AGREED by and between counsel of record for plaintiffs and defendants that this stipulation and order of dismissal shall have no effect on any rights of the parties pursuant to paragraphs 8 and 10 of the Settlement Agreement, and shall not bar or preclude the exercise of such rights.

Dated: November 13, 2006

**AGREED TO BY**:

*s/* Timothy L. Warnock
Timothy L. Warnock (BPR # 12844)
James N. Bowen (BPR # 24082)
Bowen Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37203
(615) 320-3700
twarnock@bowenriley.com
jimbowen@bowenriley.com

Ira S. Sacks (admitted *pro hac vice*)
Michael D. Pantalony (admitted *pro hac vice*)
Dreier LLP
499 Park Avenue
New York, NY 10022
(212) 328-6100

*Attorneys for Plaintiffs*

*s/* I.C. Waddey, Jr.
I.C. Waddey, Jr. (# 002665)
Waddey & Patterson, P.C.
Roundabout Plaza
1600 Division Street, Suite 500
Nashville, Tennessee 37203
icw@iplawgroup.com

*Attorney for Defendants Cline*

*s/* Bradley E. Trammell
Bradley E. Trammell (#13980)
Baker, Donelson, Bearman, Caldwell &
  Berkowitz PC
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
btrammell@bakerdonelson.com

*Attorneys for Defendant Fred's, Inc*

UNITED STATES DISTRICT JUDGE

_____
Judge Echols

DATE:

2
Case 3:06-cv-00036   Document 38   Filed 11/13/06   Page 2 of 2 PageID #: 152